UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 04-268 (1) - (5) (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Lamont Vernon Peterson (1),<br>Owen Kent Peterson (2),<br>Alan Victor Peterson (3),<br>Corwin Douglas Peterson (4),<br>Rebecca Jean Van Vickle (5), | |
| Defendants. | |

---

On March 9, 2005, Magistrate Judge Raymond L. Erickson issued a Report and Recommendation (R&R) in this matter, in which he recommends the denial of the Defendants' Motions to Dismiss and to Suppress. The Defendants have filed timely Objections to the R&R.

The undersigned has completed the required de novo review of the objected to portions of the R&R, which included the transcript of the October 19, 2004 hearing held before Judge Erickson with respect to the motions which are the subject of Defendants' Objections.

The undersigned is satisfied that Judge Erickson's proposed disposition of the two Motions finds full factual support in the record before him and that his application of governing legal principles is correct. Accordingly, the Court adopts the Report and Recommendation in its entirety.

Upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Defendant's Joint Objections (Doc. No. 92) to the Report and Recommendation of Magistrate Judge Erickson are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 88) is **ADOPTED**;

3. Defendants' Joint Motion to Dismiss (Doc. No. 59) is **DENIED**;

4. Defendants' Joint Motion to Suppress (Doc. No. 60) is **DENIED**; and

5. Defendants' Joint Motion to Strike the Government's Response (Doc. No. 83) is **DENIED AS MOOT**.

Dated: May 27, 2005

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge